No. 534. EUGENIO BUITRAGO, APPELLANT, *v.* THE PEOPLE OF PORTO RICO. Appeal from the Supreme Court of Porto Rico. December 16, 1907. Docketed and dismissed with costs on motion of *Mr. Henry M. Hoyt* for appellees. No one opposing.

---

No. 50. JOHN A. CURTIN, TRUSTEE, APPELLANT, *v.* GERTRUDE F. TUCKER. Appeal from the United States Circuit Court of Appeals for the First Circuit. December 16, 1907. Dismissed, per stipulation. *Mr. Lee M. Friedman* and *Mr. Robert K. Dickerman* for appellant. *Mr. W. Hall Harris* and *Mr. John H. Sherburne, Jr.,* for appellee.

---

No. 335. J. I. CASE THRESHING MACHINE COMPANY, PETITIONER, *v.* THE INDIANA MANUFACTURING COMPANY. On a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit. December 16, 1907. Dismissed without costs to either party, per stipulation, on motion of *Mr. Melville Church* in behalf, of counsel. *Mr. R. S. Taylor, Mr. I. K. Boyesen* and *Mr. James H. Peirce* for petitioner. *Mr. W. H. H. Miller, Mr. Charles K. Offield, Mr. Charles C. Linthicum, Mr. Chester Bradford* and *Mr. Harold Taylor* for respondent.

---

No. 86. JOHN SHALEEN, PLAINTIFF IN ERROR, *v.* THE COMMONWEALTH OF PENNSYLVANIA. In error to the Supreme Court of the State of Pennsylvania. December 16, 1907. Dismissed with costs, pursuant to the tenth rule. *Mr. William S. Opdyke* for plaintiff in error. *Mr. William John Barr* and *Mr. John R. Jones* for defendant in error.